# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MICHAEL UTLEY**                                              **PLAINTIFF**
**#421627**

v.                              **No: 4:21-cv-995-DPM**

**ERIC HIGGINS, Sheriff, Pulaski County;**
**ROSE, Major, Supervisor, PCRDF;**
**ALLEN, Lieutenant, Housing, PCRDF;  and**
**NEWBURN, Lieutenant, Housing Night Shift,**
**PCRDF**                                                    **DEFENDANTS**

### ORDER

**1.** The Court withdraws the reference.

**2.** Utley hasn't paid the $402 filing and administrative fees or filed an application to proceed *in forma pauperis*;  and the time to do so has passed. *Doc.* 2.  His complaint will therefore be dismissed without prejudice.  LOCAL RULE 5.5(c)(2).  An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 December 2021